# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) JUSTIN MULLEN, and )
(2) TAMMIE MULLEN, )
)
        Plaintiffs, )
)
v. ) Case No. 18-cv-00093-SPS
)
(1) STATE FARM FIRE AND CASUALTY )
    COMPANY, )
)
        Defendant. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Justin Mullen and Tammie Mullen, by and through their attorney Alex C. Wilson of Brennan & Wilson, and Defendant State Farm Fire and Casualty Company, by and through its attorney Lisa T. Silvestri of GableGotwals, hereby stipulate a joint dismissal with prejudice of the above styled-lawsuit. The parties have settled this matter and each party agrees to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

| /s/Alex C. Wilson | /s/Lisa T. Silvestri |
|---|---|
| | Lisa T. Silvestri, OBA No. 19239 |
| | (*signed with permission*) |
| Alex C. Wilson, OBA No. 31433 | Mia Vahlberg, OBA No. 20357 |
| Brennan & Wilson | James Wesley S. Pebsworth, OBA No. 30900 |
| P.O. Box 1067 | GABLEGOTWALS |
| Muskogee, Oklahoma 74402-1067 | 1100 ONEOK Plaza |
| Telephone: (918) 687-4400 | 100 West Fifth Street |
| Facsimile: (918) 687-4430 | Tulsa, Oklahoma 74103 |
| *awilson@muskogeelawyers.com* | Telephone: (918) 595-4800 |
| **Attorneys for Plaintiffs** | Facsimile: (918) 595-4900 |
| **Justin and Tammie Mullen** | *lsilvestri@gablelaw.com* |
| | *mvahlberg@gablelaw.com* |
| | *wpebsworth@gablelaw.com* |
| | **Attorneys for Defendant** |
| | **State Farm Fire and Casualty Company** |

{1887329;}

# CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2018 electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Lisa T. Silvestri
    James Wesley S. Pebsworth

                                    <u>Alex C. Wilson</u>
                                    Alex C. Wilson